ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Whitehorn Construction, Inc. | ) ASBCA No. 63606 |
| | ) |
| Under Contract No. N62473-16-C-3324 | ) |

APPEARANCE FOR THE APPELLANT:     Edward W. O'Connell, Jr., Esq.
    Lake Elsinore, CA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Katherine E. Arutunian, Esq.
    Trial Attorney
    San Diego, CA

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $460,517. This amount is inclusive of interest. No further interest shall be paid.

Dated: August 30, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                 _____
RICHARD SHACKLEFORD                          OWEN C. WILSON
Administrative Judge                         Administrative Judge
Vice Chairman                                Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                          of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63606, Appeal of Whitehorn
Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  August 31, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals